

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-94,428-01 & WR-94,428-02

### EX PARTE LEON PHILLIP JACOB, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 1543812-A & 1543813-A IN THE 263RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted twice of soliciting capital murder and sentenced to life imprisonment in both cases. The Fourteenth Court of Appeals affirmed his convictions. *Jacob v. State*, 587 S.W.3d (Tex. App—Houston [14th Dist.] 2019). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On June 13, 2022, the trial court signed an order designating issues. A evidentiary hearing commenced on September 1, 2022, was continued on September 2, 2022, and concluded on October 6, 2022. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court

made findings of fact and conclusions of law.  We remand these applications to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order.  The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions.  *See* Tex. R. App. P. 73.4(b)(4).  Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: January 25, 2023
Do not publish